# Court of Appeals, State of Michigan

## ORDER

People of MI v Robert Taylor

Docket No.   325834

LC No.   2009-005243-FC

Stephen L. Borrello
Presiding Judge

Jane E. Markey

Michael J. Riordan
Judges

The Court orders that the September 22, 2016 opinion is hereby AMENDED to correct a clerical error. The 8th sentence in the first full paragraph on page 5 of the opinion is corrected to read: "After leaving the drug house, defendant and Masalmani took Landry to a nearby abandoned house, where either defendant or Masalmani punched Landry[2] and then Masalmani shot Landry in the back of the head."

In all other respects, the September 22, 2016 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

SEP 3 0 2016
_____
Date

_____
Chief Clerk